IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRYSHON HOLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>Sheriff VICTOR HILL, KENDRIX BURNS, ANTHONY WASHINGTON, TABATHA GIVENS, and JERVARIOUS HARGROVE, *in their individual capacities*,<br><br>    Defendants. | Case No. 1:23-CV-05890-VMC<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF CHRYSHON HOLLINS'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Plaintiff Chryshon Hollins hereby submits his Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for Chryshon Hollins certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff: Chryshon Hollins

1

Defendants: Sheriff Victor Hill, Kendrix Burns, Anthony Washington, Tabatha Givens, and Jervarious Hargrove

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Chryshon Hollins in this proceeding:

James W. Cobb, Jarred A. Klorfein, and Emily C. Snow

[signature on following page]

Respectfully submitted, this 29th day of February, 2024.

/s/ *James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
Jarred A. Klorfein
Georgia Bar No. 562965
Emily C. Snow
Georgia Bar No. 837411

**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
jcobb@caplancobb.com
jklorfein@caplancobb.com
esnow@caplancobb.com

*Attorneys for Plaintiff Chryshon Hollins*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 29th day of February, 2024.

*/s/ James W. Cobb*
James W. Cobb
Georgia Bar No. 420133

*Attorney for Plaintiff Chryshon Hollins*